UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. WALLACE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00523-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>ECF No. 36 |

Plaintiff has filed a motion for an extension of time to file an opposition to defendants' motion for summary judgment. ECF No. 36. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 36, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file his opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: 　May 27, 2021　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE